**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Philip Devon

,

Plaintiff(s),

v.

Randall Darlin, Mireya Lipsey,

Defendant(s).

Case No.  13 C 3189

Judge  Harry D. Leinenweber

## <u>ORDER</u>

   Trial held-jury. Jury deliberation began. The jury finds in favor of the defendants Mireya Lipsey and Randall Darlin against the plaintiff, Philip Devon. The Court enters judgment in favor of the defendants Randall Darlin and Mireya Lipsey against the plaintiff  Philip Devon.

Date:  3/11/2015

Harry D. Leinenweber
United States District Judge